# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OZZIE LEE PALEN | ) | Case No. |
| | ) | 1:18-mj-10 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 14, 2018__ in the county of __Pottawattamie__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 922g(1) | Felon possesion of a firearm |

This criminal complaint is based on these facts:

See attachment

☑ Continued on the attached sheet.

*Complainant's signature*

Brian McKeon, TFO-ATF
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 04/23/2018

*Judge's signature*

City and state: Council Bluffs, Iowa

Celeste F. Bremer, US Magistrate Judge
*Printed name and title*

1. Your Affiant, Brian McKeon 725, has been employed as an officer by the Council Bluffs Police Department since 2011. This affidavit is made in the course of your Affiant's employment as an officer with the Council Bluffs Police Department in your Affiant's current assignment to the Southwest Iowa Narcotics Task Force (SWINTF)/Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer (TFO).

2. Your Affiant, Brian McKeon, ("Affiant") has been employed as a Council Bluffs Police Officer since April 2011. From 2011 to 2017, your Affiant was assigned to the Uniform Patrol Division of the Council Bluffs Police Department. From January 2017 to present, your Affiant has been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") as a Task force Officer ("TFO") working firearms and narcotics related violations in the Council Bluffs Area. And as such, your Affiant is empowered to enforce all criminal violations of the Code of the State of Iowa and the Municipal Code of the City of Council Bluffs, IA. Your Affiant attended and completed basic training at the Iowa Law Enforcement Academy from April 2011 to August 2011.

3. In addition to your Affiant's training and experience discussed above, during your Affiant's employment as a Police Officer, your Affiant has performed relevant tasks related to this investigation. Your Affiant has conducted many federal and street investigations with some of these investigations revolving around drug users, controlled substance and firearms offenses. These investigations that your Affiant has conducted include controlled substances such as marijuana, methamphetamine, and prescription narcotics. These investigations have led to the arrests of individuals and the seizure of evidence. Your Affiant has executed search warrants at locations of controlled substance/firearm traffickers as a member of the Council Bluffs Emergency Services Team ("EST").

4. On April 10, 2018 Council Bluffs Police (CBPD) Detective Matt Kuhlmann had a Willful Injury arrest warrant signed by a Pottawattamie County Iowa judge for Ozzie Lee PALEN. This arrest warrant was entered into the National Crime Information Center (NCIC) through the Council Bluffs Police Department. The information that PALEN had a valid arrest warrant was known to members of the Council Bluffs Police Department through bulletins.

5. On April 14, 2018 at about 1437 hours CBPD Officer Travis Jarzynka was on routine patrol in a marked police vehicle in the area of the 100 block of South 7th Street in Council Bluffs, Iowa. At that time, CBPD Officer Jarzynka noticed PALEN riding a bicycle south on South 7th Street in Council Bluffs, Iowa. PALEN was wearing a black coat with SECURITY in bold reflective markings on the back of it. CBPD Officer Jarzynka had knowledge that PALEN had a valid warrant for his arrest.

6. CBPD Officer Jarzynka followed PALEN while also utilizing the radio to call for additional units to provide assistance in taking PALEN into custody. PALEN continued to ride his bicycle into the rear parking lot of 615 Willow Ave in Council Bluffs, Iowa. At this time, CBPD Officer Jarzynka initiated his emergency lights, exited his police vehicle with his service pistol drawn and

ordered PALEN to exit off his bicycle and lie prone on the ground. CBPD Officer Jarzynka held his position until CBPD Officer Mann arrived and handcuffed PALEN.

7. Immediately PALEN told officers he was in possession of a firearm. CBPD Officer Mann performed a pat search on PALEN and located a HiPoint Model C9 9mm Pistol (serial #P1754968) in the front left breast pocket of his coat. PALEN made a statement that he thought the handgun was stolen and that he had just obtained the pistol. PAELN stated the pistol was from an associate of his but would not give the name. The magazine was loaded with 7 live rounds but no round was located in the chamber. At the time of PALEN's arrest the pistol was not showing that it was stolen.

8. PALEN is currently the defendant in a Protection Order issued through the Pottawattamie County District Court. It was also learned that PALEN has a felony conviction through the Pottawattamie County District Court on June 01, 2015 for Willful Injury. The protection and felony conviction made it unlawful for PALEN to possess the pistol.

9. PALEN was transported to Pottawattamie County Corrections and booked on his warrant for Willful Injury and a fresh charge of Felon in Possession of a Firearm.

10. On April 14, 2018 a male identified as Daniel David MARTIN placed called at 2032 hours for a CBPD Officer to be dispatched to his residence to report a Burglary to his vehicle. MARTIN resides at 400 South 10th Street Apt. 2 in Council Bluffs, Iowa. CBPD Officer Brandon Flowers was dispatched.

11. CBPD Officer Flowers arrived and met with MARTIN. During the interaction, MARTIN explained that sometime between 1030 hours on April 13, 2018 and 1912 hours on April 14, 2018 and unknown person had entered his 2003 Chevy Trailblazer with Iowa License Plate GCE528 (V.I.N.- 1GNET16S336153363) and stole his handgun from the center console. MARTIN identified his handgun as a HiPoint C9 9mm Pistol with Serial# P1754968. This is the same pistol that PALEN had in possession of at the time of his arrest.

_____
TFO Brian McKeon
ATF

Subscribed and signed before me this __23d__ day of April, 2018.

_____
Celeste F. Bremer
United States Magistrate Judge