RECEIVED
MAY 01 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:18-cr-021 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| OZZIE LEE PALEN, | ) | T. 18, U.S.C. § 922(g)(1) |
| | ) | T. 18, U.S.C. § 924(a)(2) |
| Defendant. | ) | T. 18, U.S.C. § 924(d) |
| | ) | T. 28, U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Felon in Possession of a Firearm)

That on or about April 14, 2018, in the Southern District of Iowa, the Defendant, OZZIE LEE PALEN, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a loaded Hi-Point, Model C9, 9 mm pistol, (serial number P1754968).

This is a violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2)

**THE GRAND JURY FINDS:**

### Notice of Forfeiture

Upon conviction for the offense alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of the offense in Count 1 of this Indictment.

**TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Richard E. Rothrock
Assistant United States Attorney