AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

**RECEIVED**
**MAY 0 1 2018**

United States of America
v.
Ozzie Lee Palen

Case No. 1:18-cr-021    US Marshals Service-S/IA

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ozzie Lee Palen,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm, This is a violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2)

WARRANT ISSUED

JOHN S. COURTER, Clerk

By: *Vicki A. Ruh*
DEPUTY CLERK

Date: 05/01/2018

*Issuing officer's signature*

City and state: Council Bluffs, Iowa

Helen C. Adams, Chief Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/01/2018, and the person was arrested on *(date)* 6/25/18
at *(city and state)* Council Bluffs, Iowa.

Date: 6/25/18

*Arresting officer's signature*

Brian McKean ATF TFO
*Printed name and title*