**IN THE UNITED STATES DISTRICT COURT**
EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
**FOR THE SOUTHERN DISTRICT OF IOWA**
PARA EL DISTRITO SUR DE IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ESTADOS UNIDOS DE AMÉRICA, Plaintiff, vs. _OZZIE LEE PALEN_ DEFENDANT / ACUSADO | Criminal No. _1:18 cr 021_ No. De Causa |

**WAIVER OF DETENTION HEARING**
RENUNCIA A LA AUDIENCIA DE DETENCIÓN

Defendant states to the court as follows:
*El acusado declara a la corte lo siguiente:*

1. I understand that I have a right to have a hearing to determine whether I should be held in custody while awaiting trial. At that hearing, I would be entitled to the assistance of counsel.
*Yo entiendo que tengo el derecho de tener una audiencia la cual determine que yo deba ser detenido o no durante la espera del juicio. En dicha audiencia, yo tendré el derecho de contar con la asistencia de un abogado.*

2. I have discussed with my appointed counsel my right to have a hearing on this matter. He has answered all the questions I have regarding this matter. I understand that by giving up my right to the hearing, I will be held while awaiting trial.
*Yo he discutido con mi abogado, mi derecho en tener esta audiencia en este asunto. Él me ha respondido a todas las dudas que yo tengo en referencia a este asunto. Yo entiendo que al renunciar a mi derecho a tener la audiencia, yo seré detenido durante la espera del juicio.*

3. At this time I wish to give up my right to have the hearing.
*En este momento yo deseo renunciar a mi derecho de tener la audiencia.*

_____     _6/28/2018_____
Defendant's Signature (Firma del acusado)     Date (Fecha)

_____     _6/28/2018_____
Attorney's Signature (Abogado del abogado)     Date (Fecha)